# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-24-00507-CV

---

**Church of the Sacred Synthesis, Kemal Ian Benouis, Benjamin Moore, Adam McKay, Jennifer Lake, Amy Rising, and Ryan Begin, Appellants**

**v.**

**Mario de la Fuente Revenga; Rafaela Lancelotta; Gonogo Solutions, LLC; Panacea Plant Sciences, Inc.; Psychedelics Today, LLC; Psymposia, Inc.; Bill Linton; Poncho Meisenheimer; Promega Life Sciences, LLC; Alexander Sherwood; Samuel E. Williamson; and Usona Institute, Inc., Appellees**

---

### FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-24-001696, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Church of the Sacred Synthesis, Kemal Ian Benouis, Benjamin Moore, Adam McKay, Jennifer Lake, Amy Rising, and Ryan Begin filed a notice of appeal from an order that the trial court entered on July 22, 2024. On August 29, 2024, appellants filed a notice of voluntary dismissal of their notice of appeal that states that the trial court has not entered a final disposition of all claims in the underlying action. We construe appellants' filing as a motion to dismiss this appeal. Appellees have not responded to the filing. *See* Tex. R. App. P. 10.1(a)(5), 10.3(a). We grant appellants' motion and dismiss this appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Smith, and Theofanis

Dismissed on Appellants' Motion

Filed:   October 18, 2024